OPINION — AG — ** ALCOHOLIC BEVERAGE — "WINE COOLERS" — JURISDICTIONAL ** "WINE COOLERS" WHICH ARE WINE BASED BEVERAGES AND WHICH CONTAIN AN ALCOHOLIC CONTENT IN EXCESS OF THREE AND TWO-TENTHS PERCENT (3.2%) ALCOHOL BY WEIGHT, OR THE FUNCTIONAL EQUIVALENT THEREOF MEASURED BY VOLUME, ARE NOT ALCOHOLIC BEVERAGES, BY VIRTUE OF 37 O.S. 163.2 [37-163.2](A) AND 37 O.S. 506 [37-506](3) AND THEREFORE COME UNDER THE JURISDICTION OF THE OKLAHOMA TAX COMMISSION. (CLASSIFICATION, DISTRIBUTION, NONINTOXICATING LIQUOR) CITE: 37 O.S. 162 [37-162], 37 O.S. 163.1 [37-163.1], 37 O.S. 163.2 [37-163.2](A), ARTICLE XXVIII, ARTICLE XVII, SECTION 3, OPINION NO. 84-197, OPINION NO. 84-148, 37 O.S. 506 [37-506](34), 75 O.S. 22 [75-22] (MICHAEL SCOTT FERN)